**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 12-cr-00206-REB-02

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.  SANDRA J. ZUCKERMAN,
    a/k/a Sandra Jean Cullen,
    a/k/a Sandra J. Eberli,

    Defendant.

---

**MINUTE ORDER**[1]

---

    The matter is before the court on **Defendant Sandra Zuckerman's Supplemental Brief in Support of Her Motion To Dismiss The Indictment and, in The Alternative, To Strike Portions of The Indictment and, in The Alternative, For a Bill of Particulars Re: The Indictment** [#118] filed March 27, 2013.  The supplemental brief is **STRICKEN** for failure to comply with this court's **Trial Preparation Conference Order** [#29] entered June 26, 2012, page 1, fn 2.

    Dated:  March 27, 2013

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.