**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

Date:                May 30, 2014

Deputy Clerk:        Kathleen Finney
Court Reporter:      Tracy Weir

**Criminal Action No.  12-cr-00206-REB-2**

| *Parties:* | *Counsel:* |
|---|---|
| UNITED STATES OF AMERICA, | Tim Neff |
|     Plaintiff, | |
| v. | |
| 2.  SANDRA J. ZUCKERMAN,<br>    a/k/a Sandra J. Eberli,<br>    a/k/a Sandra Jean Cullen, | Jennifer Meksraitis |
|     Defendant. | |

## CHANGE OF PLEA MINUTES

**11:07 a.m.     Court in session.**

Appearances of counsel.  Also seated at government's table is IRS Special Agent Kirk Peifer.

Defendant is present on bond.

The Plea Agreement (Court's Exhibit 1) and Defendant's Statement in Advance of Plea of Guilty (Court's Exhibit 2) are tendered to the Court.

Defendant is sworn.

Defendant is 66 years old, alert, competent, literate, and sober.

Court reads Count 1 through 3 of the Information to the defendant. Defendant waives formal reading of the Indictment.

Defendant confirms the court's understanding of the terms of the plea agreement.

Defendant confirms that she has read and understands the written plea agreement; that she has reviewed the written plea agreement carefully and thoroughly with her attorney; that she has no questions or concerns about the written plea agreement; and that she has signed the written plea agreement voluntarily with the advice and assistance of counsel.

Defendant is advised of all matters required by Fed.R.Crim.P. 11(b)(1)(A)-(M).

Defendant withdraws existing plea of not guilty to the offense made the subject of the plea agreement.

Defendant waives re-arraignment on Counts 1 through 3 of the Information.

Defendant enters plea of guilty to Counts 1 through 3 of the Information pursuant to plea agreement.

Court's Findings of Fact and Conclusions of Law will be issued electronically.

    **IT IS ORDERED** as follows:

1. That Court's Exhibits 1 and 2, which state the plea agreement, are admitted in evidence;

2. That formal approval of the plea agreement is deferred, pending consideration of the presentence report;

3. That the pleas of guilty to Counts 1 through 3 of the Information entered by the defendant are received, accepted and approved;

4. That defendant is found guilty of the crime charged in Counts 1 through 3 of the Information;

5. That the Probation Department shall conduct a presentence investigation and file a presentence report as required by 18 U.S.C. § 3552 and Fed.R.Crim.P. 32;

6. That defendant's counsel shall contact the Probation Department as soon as practicable to arrange, schedule, and coordinate the defendant's involvement and participation in the presentence investigation, and the defendant shall cooperate fully with the probation department during the

       presentence investigation;

7. That the matter is continued to **September 16, 2014, at 11:00 a.m.** (MDT), for sentencing, at which counsel and the defendant shall appear without further notice or order; provided furthermore, that to the extent necessary, the United States Marshal for the District of Colorado shall assist the court in securing the appearance of the defendant;

8. That any pending pretrial motion filed by or on behalf of the defendant is denied as moot;

9. That any Trial Preparation Conference and trial is vacated (as to the defendant); and

10. That defendant is released on bond, which is continued to the sentencing hearing.

**11:59 a.m.   Court in recess.**

Total time in court:   00:52

Hearing concluded.