## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Judge Robert E. Blackburn

Date:                September 16, 2014

Courtroom Deputy:  Kathleen Finney
Court Reporter:    Tracy Weir
Probation Officer:   Justine Kozak

---

**Criminal Action No.  12-cr-00206-REB-2**

*Parties:*                              *Counsel:*

UNITED STATES OF AMERICA,              Timothy Neff

      Plaintiff,

v.

2.  SANDRA J. ZUCKERMAN,               Jennifer Meksraitis
      a/k/a Sandra J. Eberli,
      a/k/a Sandra Jean Cullen,

      Defendant.

---

### SENTENCING MINUTES

---

**11:06 a.m.    Court in session.**

Appearances of counsel.  Also seated at government's table is Ted Lair with the IRS.

Defendant is present on bond.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

Also pending before the court relevant to sentencing are the following papers:
- the **Defendant, Sandra Zuckerman's Objections and Corrections to Presentence Report filed on August 14, 2014** [#210] filed August 28, 2014;
- the **Government's Motion to Dismiss the Indictment as to Defendant Sandra J. Zuckerman** [#211] filed August 29, 2014;
- the **Government's Response to Presentence Report** [#212] filed August 29, 2014; and
- the defendant's **Motion for a Downward Variance** [#216] filed September 2, 2014.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**IT IS ORDERED** as follows:

1. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;

2. That the pending motions are resolved as follows:  the **Government's Motion to Dismiss the Indictment as to Defendant Sandra J. Zuckerman** [#211] is **GRANTED**; the defendant's **Motion for a Downward Variance** [#216] **DENIED**;

3. That pursuant to the Sentencing Reform Act of 1984, and the provisions of 18 U.S.C. §§ 3561 and 3562, it is the judgment and sentence of this court that the defendant is sentenced to supervised probation for a term of **three (3) years**, commencing immediately, during which term the defendant shall be subject to the jurisdiction of the court and the probation department;

4. That while on supervised probation the defendant shall comply with:
   - all mandatory conditions of probation prescribed by law under 18 U.S.C. § 3563(a) and USSG §5B1.3(a);
   - all standard conditions that are imposed by the court in all such cases and circumstances; and
   - the discretionary, or special, conditions of probation proposed by the probation officer and appearing in the Presentence

Investigation Report [#222-1] on pages R-2 and R-3 at paragraphs 1 though 9;

5.      That no **fine** is imposed;

6.      That the defendant shall pay forthwith a special victim's fund assessment fee of $25.00;

7.      That the mandatory drug testing provisions of 18 U.S.C. § 3563(a)(5) are waived;

8.      That the defendant shall pay restitution  in the amount of $112,511, for the benefit of the Internal Revenue Service, payable to the care of the Clerk of the Court in full immediately, jointly and severally with co-defendant, Mathew M. Zuckerman; provided furthermore, if not paid immediately then in installments of not less than 10% per month as determined by her probation officer; provided that interest on restitution is waived; and

9.      That immediately following this hearing, the defendant shall report in person to her probation officer to schedule an appointment to read, review, and sign the conditions of probation imposed during this sentencing hearing.

The defendant is advised of the right to appeal the sentence imposed by the court.

**11:28 a.m.    Court in recess.**

Total time in court: 00:22

Hearing concluded.